# INITIAL APPEARANCE CALENDAR

Magistrate Judge: __Ramon E. Reyes Jr.__     Date: __11/1/17__

Magistrate Case Number: __17-934M__     LOG #: __3:12 - 3:28__

Defendant's Name: __Maksim Zaslavskiy__

__✓__ Court appointed counsel.   ____ Defendant retained counsel.

Defense Counsel: __Mildred Whalen__     CJA: ___ FDNY: __✓__ RET: ___

A.U.S.A. __Julia Nestor__     Clerk: __SM Yuen__

Interpreter: _____     Language: _____

__X__ ARRAIGNMENT on Complaint held.   ___ Government Agent Sworn

___ DETENTION HEARING Held:   ___ Government opposed bail for reasons stated on the record.

__X__ Bond set at __$250,000__.   __X__ Bond set on consent of both parties.

Defendant: __X__ released   ___ held pending satisfaction of bond conditions.

__X__ Defendant advised of bond conditions set by the Court and signed the bond.

__3__ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After detention hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__✓__ Preliminary Hearing set for: _____; or __✓__ waived by defendant

___ Status Conference set for: _____ before Judge _____

___ Medical memo issued.

___ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

___ Identity hearing held. Court ___ orders removal ___ denies removal

___ Defendant waives: ___ identity hearing ___ preliminary hearing

___ Identity/ Removal Hearing set for: _____

___ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: _____