

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F#2017R01809

225 Cadman Plaza East
Brooklyn, New York 11201

November 22, 2017

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ NOV 27 2017 ★
BROOKLYN OFFICE

Re: U.S. vs. Maksim Zaslavskiy
Criminal Docket No. Cr-17-0647

Dear Mr. Maksim Zaslavskiy:

Please take notice that the above case will be called in the United States District Court, 225 Cadman Plaza East, Brooklyn, New York on **Friday, December 1, 2017 at 11:00 a.m.** Please report to A. Simon Chrein Arraignment Courtroom 2A south wing 2nd floor, at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer you should report to the United States Pretrial Services Agency which is located in the South Wing Room 219, 2nd floor in the Courthouse. You should arrive at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend a warrant will be sought for your arrest.

Very truly yours,

BRIDGET RHODE
ACTING UNITED STATES ATTORNEY

By:  B. Lewis-Jenkins
Grand Jury Coordinator

CC: Hon. Eric Vitaliano (Magistrate Mann will accept the plea)

Julia Nestor
Assistant U.S. Attorney

Mildred Whalen, Esq.

Pretrial Officer