

U.S. Department of Justice

COURTESY COPY

ECF Document No. 9

*United States Attorney*
*Eastern District of New York*

JN
F. #2017R01809

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 27, 2017

**By ECF and Hand Delivery**

The Honorable Dora L. Irizarry
Chief United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*[handwritten: Reassign to undersigned. So ordered. (signature)]*

Re:  United States v. Maksim Zaslavskiy
     Criminal Docket No. 17-647 (ENV)

Dear Chief Judge Irizarry:

Pursuant to Local Rule 50.4, the government respectfully requests that the above-captioned matter ("Criminal Case"), which is assigned to the Honorable Eric N. Vitaliano, be reassigned to the Honorable Raymond J. Dearie because it is related to the previously filed civil action captioned Securities and Exchange Commission v. Recoin Group Foundation, LLC, DRC World Inc. a/k/a Diamond Reserve Club, and Maksim Zaslavskiy, No. 17-CV-5725 (RJD) ("Civil Case"), currently pending before Judge Dearie. The government has spoken to the defendant's counsel, Mildred Whalen, Esq., and she indicated that she consents to the government's request for reassignment.

I.     Background

Local Rule 50.4 provides that the Chief Judge may at any time, with the consent of the judges involved, reassign individual cases. Local Rule 50.4 further provides that "[n]o case shall be reassigned except in the interest of justice and the efficient disposition of the business of the court."

On September 29, 2017, the U.S. Securities and Exchange Commission ("SEC") filed a complaint ("SEC Complaint") in the Civil Case charging the defendant Maksim Zaslavskiy and his related entities with securities fraud, among other violations. (See Civil Case, ECF Docket No. 1). The SEC Complaint alleges that Zaslavskiy engaged in a scheme to commit securities fraud by engaging in illegal unregistered securities offerings and ongoing fraudulent conduct and misstatements designed to deceive investors in connection with the sale of securities