# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Robert M. Levy__   DATE: __12/1/17__

DOCKET NUMBER: __17CR647(RJD)__   LOG #: __11:26 – 11:29__

DEFENDANT'S NAME: __Maksim Zaslavskiy__
✓ Present  ___ Not Present  ___ Custody  ✓ Bail

DEFENSE COUNSEL: __Mildred Whalen__
✓ Federal Defender  ___ CJA  ___ Retained

A.U.S.A: __Julia Nestor__   CLERK: __Felix Chin__

INTERPRETER: _____ (Language) _____

✓ Defendant arraigned on the: ✓ indictment  ___ superseding indictment  ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
___ Defendant advised of bond conditions set by the Court and signed the bond.
___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
___ (Additional) surety/ies to co-sign bond by _____
___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start __12/1/17__ Stop __12/21/17__

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for __12/21/17__ @ __12:00__ before Judge __Dearie__

Other Rulings: _____