# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

December 5, 2017

The Honorable Raymond J. Dearie
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>United States v. Maksim Zaslavskiy</u> (17-CR-647)

Dear Judge Dearie:

I write to enter a notice of appearance as co-counsel to lead attorney Mildred Whalen in the above-captioned case.

Thank you for your consideration,

/s/Len H. Kamdang
Len Hong Kamdang
Counsel to Maksim Zaslavskiy
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 407-7414

cc:
Chambers of the Honorable Raymond J. Dearie (via hand delivery)
Government Counsel of Record (via ECF)