BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR STATUS CONFERENCE

**DECEMBER 21, 2017**
*Time in Court:  10 Minutes*

DOCKET NUMBER:   CR 17-647(RJD)

U.S.A. -v-    **MAKSIM ZASLAVSKIY  (ON BOND)**
              **COUNSEL: MILDRED WHALEN & LEN KAMDANG (LAS)**

**AUSA:  JULIA NESTOR**
COURT REPORTER:  *VICTORIA BUTLER*

X    CASE CALLED FOR STATUS  CONFERENCE.
     DEFENDANT PREVIOUSLY ARRAIGNED BEFORE DUTY MAGISTRATE JUDGE
     ON 12/1/17.
     COURT IS ADVISED THAT DISCOVERY IS UNDERWAY.
     DEFENSE COUNSEL REQUESTS TIME BE EXCLUDED FOR ONGOING
     PLEA DISCUSSIONS AND IN THE INTEREST OF JUSTICE.
     COURT APPROVES REQUEST.  TIME EXCLUDED FROM TODAY
     THROUGH 1/25/2018.
     CASE ADJOURNED TO 1/25/2018 AT 11:00AM.

Rec'd
12/26/17