BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR STATUS CONFERENCE

**JANUARY 25, 2018**
*Time in Court:   20 minutes*

DOCKET NUMBER:   CR 17-647 (RJD)

**U.S.A. -v-   MAKSIM ZASLAVSKIY (ON BOND)
COUNSEL:   MILDRED WHALEN & LEN KAMDANG (LAS)**

**AUSA:   JULIA NESTOR
PRE TRIAL OFFICER: JAYME ROSADO**

COURT REPORTER:   *MICHELE LUCCHESE*

X     CASE CALLED FOR STATUS CONFERENCE.
DISCUSSION HELD.
DEFENSE COUNSEL REQUESTS MOTION SCHEDULE BE SET.
COUNSEL AGREE ON FOLLOWING BRIEFING SCHEDULE:
DEFENSE MOTION DUE:          2/26/2018
OPPOSITION DUE:              3/19/2018
REPLY DUE:                   3/26/2018
ORAL ARGUMENT:          **4/12/2018 AT 12:00PM**
PARTIES ADVISE THAT THEY CONTINUE IN DISCOVERY & PLEA
DISCUSSIONS AND JOINTLY REQUEST TIME BE EXCLUDED FOR THOSE
REASONS AND IN THE INTEREST OF JUSTICE.
COURT APPROVES REQUEST.  TIME EXCLUDED FROM TODAY THROUGH
4/12/2018.
CASE ADJOURNED TO 4/12/2018 AT 12PM FOR ORAL ARGUMENT.
DEFENSE COUNSEL REQUESTS A MODIFICATION OF DEFENDANTS' BAIL
CONDITIONS TO ALLOW HIM TO TRAVEL TO PUERTO RICO FOR THE
REASONS STATED ON THE RECORD.
COURT: TRAVEL IS AUTHORIZED AS FOLLOWS: DEFENDANT WILL REPORT
TO A PRE TRIAL OFFICER IN PUERTO RICO AS DIRECTED AND WILL SUBMIT
A DETAILED ITINERARY TO E.D.N.Y.  PRE TRIAL OFFICER ROSADO PRIOR TO
HIS TRAVELS.