UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

    - against -                                    17-CR-0647 (RJD)

MAKSIM ZASLAVSKIY,

                Defendant.

– – – – – – – – – – – – – – – – – – X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Andrey Spektor from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Andrey Spektor
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East, 6th Floor
    Brooklyn, New York 11201
    Tel:  (718) 254-6475
    Fax: (718) 254-6605
    Email: Andrey.Spektor@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Andrey Spektor at the email address set forth above.

Dated:   Brooklyn, New York
        February 6, 2018

Respectfully submitted,

RICHARD P. DONOGHUE
Acting United States Attorney

By:   /s/ Andrey Spektor
Andrey Spektor
Assistant U.S. Attorney
718.254.6475

cc:   Clerk of the Court (RJD – by ECF)