# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

February 7, 2018

The Honorable Raymond J. Dearie
Senior U.S. District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re: U.S.A. v. Maksim Zaslavskiy, 17 CR 647 (RJD)

Your Honor:

At the status conference on January 25, 2018, we requested a modification to Mr. Zaslavskiy's bond, to permit him to travel to Puerto Rico.  Mr. Zaslavskiy was seeking permission to make two trips; the first, to complete and have notarized certain documents related to tax incentives for business. The second, to further investigate the real estate business in Puerto Rico and to sit for the real estate broker licensing examination.

Mr. Zaslavskiy purchased an airline ticket to Puerto Rico, but after further discussion, it appears that Mr. Zaslavskiy is not yet at the stage in his business to file the tax documents. He therefore respectfully requests permission to travel to Puerto Rico to investigate the real estate business there, and possibly sit for the real estate broker licensing examination. Given that this request is a change from the purpose of the trip described at the status conference, Assistant U.S. Attorney Julia Nestor requested we submit an updated request to the Court. U.S. Pretrial Officer Jayme Rosado is out of the office until February 12, 2018, so we are unable to provide the Court with his position on the travel.

Mr. Zaslavskiy purchased a ticket for travel from Feb 13 through Feb 21, 2018.  He now plans to talk to real estate brokers and construction companies to figure out the prices per sq meter of property available, and view property; see the state of island recovery after the hurricane, in terms of whether investment is still viable; meet with an accountant to talk about what he needs to do to form a real estate company in Puerto Rico; meet with an attorney with immigration knowledge to understand how property sales and investments to individuals living outside of Puerto Rico and the United States would work; and attend religious services from Friday through Saturday.  He will also check in with the online school that he has been studying with for the real estate broker's exam and see if he is ready to take the test.  If he is, he will sit for the exam.  As requested at the court appearance, he will report to a pretrial officer in Puerto Rico.

      We therefore respectfully request that Mr. Zaslavskiy be permitted to travel to Puerto Rico from February 13 through February 21, 2018.

                                        Respectfully submitted,

                                        Mildred M. Whalen
                                        Staff Attorney
                                        (718) 330-1290

cc:     Assistant U.S. Attorney Julia Nestor, Esq. (via email and ECF)
         U.S. Pretrial Officer Jayme Rosado (via email)
         ECF