

U.S. Department of Justice

United States Attorney
Eastern District of New York

JN/AS
F. #2017R01809

271 Cadman Plaza East
Brooklyn, New York 11201

March 14, 2018

By ECF

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Zaslavskiy
                Criminal Docket No. 17-647 (RJD)

Dear Judge Dearie:

      The government writes this letter to respectfully request permission to file an oversized memoranda of law in opposition to the defendant's motion to dismiss the indictment in the above-referenced case.  The government's opposition is due on Monday, March 19, 2017.  The Court's rules limit memoranda to 25 pages unless a party receives leave to exceed the limit.   The defendant consents to this request.

      The government anticipates filing a brief in excess of 25 pages and respectfully requests that the Court allow a maximum of 40 pages, though the government will endeavor to stay well within this limit as it finalizes its submission.  The defendant raises a number of arguments in his brief regarding the dismissal of the indictment.  The government does not have the benefit of a reply and intends to provide the Court with a complete picture of the facts that are directly relevant to both, the facial attack on the indictment and to constitutional vagueness.  Of course, we are cognizant of the need to keep the brief concise and will keep our response as short as possible.

Thank you for your consideration.

                                          Respectfully submitted,

                                          RICHARD P. DONOGHUE
                                          United States Attorney

                    By:    /s/ Julia Nestor
                                          Julia Nestor
                                          Assistant U.S. Attorney
                                          (631) 715-6297

Cc:   Clerk of the Court (RJD) (By ECF and email)
       Mildred Whalen, Esq. (By ECF and E-mail)
       Len Kamdang, Esq. (By ECF and E-mail)