Case 1:17-cr-00647-RJD-RER   Document 24-1   Filed 03/19/18   Page 1 of 19 PageID #: 161

# COMPANY PROFILE



## Real Estate Coin
leadership of tomorrow

# ABOUT RECOIN

REcoin is an upcoming cryptocurrency backed by secure real estate investments in the world's most advanced economies. It will allow investors from all over the world to convert their currency and savings into a stable inflation-proof cryptocurrency. REcoin is founded by humanitarian and entrepreneur Maksim Zaslavskiy.



# EXECUTIVE SUMMARY

**REcoin provides both investors and the average person a safer, more secure and superior alternative to storing their wealth in low interest bank accounts.**

RECoin is a new cryptocurrency alternative designed to accommodate a wide range of financial transactions and investment goals. Its security is ensured through the use of one of the soundest and most reliable currency backings there is: real estate.

Many of those who are looking to invest their earnings face the dilemma of putting their savings into low interest rate bank accounts or lacking other investment alternatives due to a lack of liquidity.



The world's most widely used currencies such as the Euro or U.S. dollar are no longer backed by commodities. REcoin is backed by real estate investments in countries with a developed and stable economy such as the United States, Canada, the U.K., Switzerland, Japan.

# THE CURRENCY PROBLEM

Currency is any medium of exchange for the payment of goods and services. State-issued currencies such as the U.S. dollar or euro are backed by the governments that issue them and declared to be legal tender for the payment of debts.

There have been no real assets backing the world's major state-issued currencies since 1971 when the United States effectively ended the gold standard.

Since this time, every major currency in the world has had nothing backing it other than government decree and the faith of the public in that currency's purchasing power.

> *Central banks attempt to influence the value of these currencies by altering the supply of money and interest rates.*
>
> *Many economists see this as a fundamental flaw of the world's major currencies, making them susceptible to a constantly declining value and potential collapse.*

03

# THE SOLUTION - RECOIN

REcoin is a new cryptocurrency powered by blockchain technology offering stability and a superior alternative to storing savings in the form of a major currency.

All of the funds initially raised with REcoin and 83% of its value mined from the next 50 years of its emission are invested into real estate in some of the most stable countries/economies in the world.

Cryptocurrencies such as REcoin are digital currencies which use cryptography for their security. They are difficult to counterfeit as a result. They are not susceptible to government or central bank manipulation.

Confidence in cryptocurrencies and their popularity has grown tremendously in the past decade since Bitcoin was first launched in 2009.



04

# HOW DOES RECOIN WORK?

REcoin users purchase the REcoin currency as an alternative to storing their savings bank accounts or other options, converting their money into a more stable and secure investment: real estate.

The value of the currency can grow at least two ways: through the steady increasing value of the real estate investments that REcoin is used to purchase, and a higher REcoin value when the demand for REcoin rises.

The management of the REcoin supply and its security is guaranteed through the latest blockchain cryptocurrency technology.

REcoin offers its users an easy and intuitive buying and selling process, and furthermore it is designed to be easily used as a currency alternative for a full range real estate transactions and services.



05

# WHO WILL USE RECOIN?

**REcoin can be used for real estate transactions, as well as everyday online purchases. REcoin is a currency you can use to buy anything you need.**

**REcoin holders are not just investors, they are also users. REcoin offers an attractive investment opportunity and mode of payment for online real estate transactions. The most common REcoin users are defined below:**

- Anyone in the world can purchase REcoin to convert their country's currency into stable, real estate backed cryptocurrency that grows in value.

- Tenants/buyers and sellers of real estate will be able to use REcoin for their real estate acquisitions and rental agreement payments.

- Licensed brokers will be able to rely on REcoin as an alternative financing method and incorporate it into their daily practices and agreements.

- Service providers such as lawyers, developers, architectural firms and other services related to the real estate industry will be able to use REcoin to purchase or sell their services.

06

# THE UNIQUE ADVANTAGES OF RECOIN

**REcoin offers numerous distinct advantages compared to other currencies and real estate purchasing methods.**

**The most unique feature of REcoin is smart contracts. Smart contracts is an online legal instrument that helps customers rent or purchase commercial and residential property without having to hire an attorney.**

- REcoin simplifies and speeds up real estate transactions and allows independence from several traditional third-parties involved in real estate transactions.

- REcoin lowers the cost of real estate transactions by limiting third-parties and increasing their speed, allowing for greater profitability for brokers, agents, and lower prices for buyers.

- REcoin offers a new international real estate marketplace and facilitates connections for investors, brokers, and real estate sellers.

# THE 101RECOINTRUST

The 101REcoinTrust is designed to ensure that all investment activities will be in the interest of REcoin holders and centered around the most profitable forms of real estate.

REcoin is led by an experienced team of brokers, lawyers, and developers and invests its proceeds into global real estate based on the soundest strategies, including:

- Investment into properties with stable income, short sales, foreclosures and real estate development in the world's leading economies.

- No dividends are paid out to any beneficiaries, meaning that 100% of the net profit from ReCoin is reinvested into real estate.

- The society of ReCoin holders control the cryptocurrency and vote for any investment decisions that have the potential of affecting 5% of ReCoin's market value or more.

# RECOIN'S GUARANTEES

**REcoin offers several guarantees to its users to protect their investment:**

- REcoin's activities are in full compliance and governed by United States law.

- 100% of our proceeds from REcoin sales minus maintenance costs are invested into real estate.

- In worst-case scenarios, The ReCoin Trust guarantees a liquidity ratio of up to 70% of the currency's market value. Compare this to the Federal Reserve requirement for liquidity ratios for financial institutions, which is set at a maximum of 10%.

- The REcoin Purse is secured by the latest cryptocurrency tools and designed to be user-friendly and convenient.

- New technical and economic solutions will be developed for the benefit of REcoin users.

# MINING

**The mining process is designed to reward the REcoin society miners who build the blocks that are required to create REcoin's blockchain, while distributing the majority of the funds to the 101REcoinTrust.**

- A progressive formula is used to program annual mining with increasing annual mining rates. The stronger the REcoin mining society is, the greater the emission of coins will be.

- A total of 999x10^9 coins will be emitted through the mining process over the course of 50 years.

- Funds emitted during the mining process are proportionally distributed as follows:

    ○ 83% to the 101REcoinTrust to be put toward further real estate investment

    ○ 15% to REcoin miners

    ○ 2% to charitable organizations



10

# SMART CONTRACTS



As one of its most important features, REcoin implements Smart Contracts which are implemented from Ethereum, the most widely used secure smart-contract platform.

Smart contracts are algorithms that facilitate, automate, verify or enforce financial contracts. They are designed to reduce the traditional costs and time associated with developing and enforcing contracts through the use of automatically enforced contractual conditions.

In the world of real estate, smart contracts can be used to ensure that payment terms, service fees or liens are paid for once the contract is executed. Smart contracts allow for cryptocurrencies like REcoin to be safely used as working capital for real estate transactions.

The ability to create smart contracts is the most unique feature of REcoin. Smart contracts is an online legal instrument that helps customers rent or purchase commercial and residential property without having to hire an attorney.

11

# RECOIN SIDECHAINS

The availability of REcoin sidechains will allow for the cryptocurrency to be creatively utilized by entrepreneurs and developers as an investment tool for the benefit of society.

With approval, investors or developers can use sidechains to essentially create their own cryptocurrency within the REcoin platform.

It allows REcoin to be moved onto another platform for experimentation with new cryptocurrency rules, for the creation of smart contracts, customized transaction visibility, or other innovative business projects.

A standard "three-step transaction" is used to immobilize REcoins while they are in use on the sidechain.

Because they exist as a subset of the REcoin ecosystem, sidechain assets are interdependent with REcoin's valuation and assets. A commission will be created that will only select and approve REcoin sidechains for carefully planned business projects.



12

# WHY SHOULD YOU USE RECOIN?

- Smart contracts is a truly revolutionary feature. It helps customers acquire real-estate property without the need to contract an attorney and pay high legal fees.

- A safer, easier and faster way for real estate buyers and sellers throughout the world to find investments, close real estate deals and securely pay for their transactions.

- Use REcoin for less expensive and more efficient real estate transactions and services with limited third-party involvement and a lower overall cost.

- Use REcoin to invest in the most widely known and trusted global charities



13

# CHARITABLE DONATIONS

Charitability and social consciousness is an important purpose for REcoin's existence. Up to 70% of the profit from REcoin is dedicated to a range of different charities and is written into the program code to ensure that the cryptocurrency always distributes a portion of its earnings to the most trusted charities in the world.

**Charities that will be supported by REcoin include:**

- *Live Love Laugh Global* – an international non-profit organization dedicated to helping people who are living beneath the poverty line with medical care and schooling.

- *Homes for Our Troops* – a non-profit that builds and donates custom homes for severely injured 9/11 veterans to help them rebuild their lives.

- *Red Cross* – alleviating human suffering in the face of natural disasters and other emergencies.

- *Save the Children Foundation* – giving boys and girls in the United States and around the world a healthy start and protection from harm.

- *Rotary* – transforming donations into services that benefit communities throughout the world, with $3 billion being raised over the past 100 years.

14

# ADDITIONAL SUPPORTED CHARITIES



- ***Global Fund for Women*** – a champion for women's rights throughout the world.

- ***World Vision*** – the world's largest international children's charity dedicated to bringing hope to millions of children.

- ***Doctors Without Borders*** – providing quality medical care to people in war torn countries, impoverished countries, areas that have been hit by natural disasters and others.

- ***Friends of Animals*** – an international animal advocacy working to cultivate respect for non-human animals, domestic and wild.

REcoin will also have 6 Regional Associations that distribute proportional commissions for their particular region based on overall population including: an Asian, African, European, Latin American, North American and Oceania Association of Charitable Foundations.

15

# NEW CRYPTOCURRENCY RECOIN

## Will Be Backed by Intelligent Real Estate Investments

REcoin is an upcoming new blockchain cryptocurrency founded by Maksim Zaslavskiy backed by real estate investments in developed economies such as the United States, U.K., Switzerland, Canada and Japan.

REcoin will be an easily accessible financial instrument through which people from all over the world can convert their money into a real estate backed currency for the potential of high returns or to protect their earnings from inflation.

Unlike major currencies such as the euro or dollar for which there are no hard assets backing their value, REcoin will be used to purchase real estate investments with some of the highest potential returns, such as short sales, foreclosures, rental properties and other related developments.

Each REcoin allows people from all over the world to convert their country's currency into an inflation-proof cryptocurrency. Users can immediately convert their currency to and from REcoin, and purchases of any size can be made.

Not only will REcoin's profits be used to purchase real estate investments; but the ecosystem will also function as a secure and efficient alternative to traditional financing methods.

REcoin will feature the availability of approved sidechains, which allow developers or entrepreneurs to create their own cryptocurrency with its own rules within the REcoin ecosystem.

16

# NEW CRYPTOCURRENCY RECOIN

REcoin sidechains can be used to create auto-executing smart contracts, secure and fast alternative financing methods, and other business projects intended to improve the traditional real estate business and society as a whole.

With the potential for smart contracts and innovative real estate financing platforms, REcoin will lower the costs and improve the speed of the traditional real estate business and will eliminate the need for many types of third parties.

The initial sale of 10,000,000 REcoins will be at a 15% discount, with 1 REcoin (RCN) equaling $0.85 USD. This discount will become progressively lower as more REcoins are sold.

Mining will be required in order to build the blockchain required for REcoin, with miners receiving 15% of funds emitted from the mining process, while 83% will go toward the 101ReCoinTrust which ensures that REcoin's profits are fully and intelligent invested into real estate.

The profits from REcoin are solely used to purchase more secure real estate investments. REcoin's users are also able to vote on any major investment decisions that have the potential of affecting 5% or more of the currency's value.

Maksim Zaslavskiy is a humanitarian with an interest in several global charities. 2% of all mined ReCoins will be dedicated to charity along with 6% of every transaction commission. This is equivalent to up to 70% of REcoin's remaining profit after all expenses and real estate reinvestment.

Beneficiaries of REcoin donations will include most well-known and trustworthy charities such as Live Love Laugh Global, Homes for Our Troops, World Vision, Feeding America, Doctors Without Borders and many others.

With the latest blockchain technology, REcoin like many other leading cryptocurrencies will be secure, virtually impossible to counterfeit, and will not be susceptible to manipulation from financial institutions.

17

# CONTACT US

contact@101recoin.com
www.101recoin.com

