

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JN/AS
F. #2017R01809

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 28, 2018

<u>By ECF</u>

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Zaslavskiy
            <u>Criminal Docket No. 17-647 (RJD)</u>

Dear Judge Dearie:

      The government writes this letter to respectfully request an adjournment of the oral argument on the defendant's motion to dismiss the indictment, currently set for April 12, 2018. The defendant filed his motion to dismiss the indictment on February 26, 2018, the government responded on March 19, 2018 and the U.S. Securities and Exchange Commission ("SEC") filed an amicus brief, as directed by the Court in a prior Order, on the same day. The defendant filed his reply on March 26, 2018. Civil counsel for the defendant filed an *amicus* brief along with the defendant's reply brief on March 26, 2018, one month after the initial motion to dismiss was filed by the defendant.

      The government seeks to have a short adjournment of the oral argument date because the undersigned is scheduled to be traveling for work and there is a possibility that this travel will interfere with the April 12th date currently scheduled. The undersigned also understands that the SEC may seek leave of the Court to respond to the *amicus* brief filed by civil counsel, and therefore, an adjournment of oral argument would permit the SEC adequate time to file the response.

      The undersigned has spoken to the defendant's criminal lawyers, Mildred Whalen and Len Kamdang, and they do not object to an adjournment of the oral argument date.

Thank you for your consideration.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:  /s/ Julia Nestor
Julia Nestor
Andrey Spector
Assistant U.S. Attorneys
(631) 715-6297/6475

Cc: Clerk of the Court (RJD) (By ECF and email)
Mildred Whalen, Esq. (By ECF)
Len Kamdang, Esq. (By ECF)

2