

600 Third Avenue, 42nd Floor, New York, NY 10016 • (212) 684-0199

April 18, 2018

Jason A. Nagi
(212) 644-2092
(212) 684-0197  Fax
jnagi@polsinelli.com

**VIA ECF AND FEDERAL EXPRESS**

Hon. Raymond J. Dearie
United States District Court
225 Cadman Plaza East
Brooklyn, NY  11201

      **Re:**    United States v. Zaslavskiy, 17-CR-647 (RJD)
               SEC v. REcoin Group Foundations, LLC, et al., 17-CV-5725 (RJD)

Dear Judge Dearie:

      We represent the Defendants in the above-referenced civil case, *SEC v. REcoin Group Foundations, LLC, et al.*, 17-CV-5725 (RJD). As the Court is aware, the civil case is now stayed pending the resolution of the criminal matter *United States v. Zaslavskiy*, 17-CR-647 (RJD). We have previously submitted a Memorandum of Law Supporting Maksim Zaslavskiy's Motion to Dismiss Indictment that briefed our argument that the assets in question could not be considered "securities" under federal securities laws (D.E. 27). Given the importance of this legal question to the Defendants' civil case, we respectfully request leave of this Court, or confirmation from Your Honor that we will be able to address the court, at the argument scheduled for April 27, 2018.

                                          Sincerely,

                                          */s/ Jason A. Nagi*

                                          Jason A. Nagi

cc (via ecf):
      Assistant United States Attorney Julia Nestor, Esq.
      Federal Public Defender Mildred Whalen, Esq.
      Counsel for the SEC Jorge G. Tenreiro

polsinelli.com

Atlanta   Boston   Chicago   Dallas   Denver   Houston   Kansas City   Los Angeles   Nashville   New York   Phoenix
St. Louis   San Francisco   Washington, D.C.   Wilmington
Polsinelli PC, Polsinelli LLP in California