

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN
F. #2017R01809

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 28, 2018

By Hand Delivery and ECF

Mildred M. Whalen
Federal Defenders of New York
One Pierrepoint Plaza, 16th Floor
Brooklyn, NY 11201

      Re:    United States v. Maksim Zaslavskiy
             Criminal Docket No. 17-647 (RJD)

Dear Ms. Whalen:

      Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This supplements discovery previously provided on December 21, 2017 and February 5, 2018. The government also requests reciprocal discovery from the defendant.

      The following production contains: (1) an encrypted disc containing judicially authorized search warrant affidavits and search warrant forms for Google, Microsoft and GoDaddy (Bates-numbered MZ-04721 - MZ-04806); and (2) an encrypted thumb drive containing search warrant returns as provided by Microsoft and GoDaddy (Bates-numbered MZ-04807).[1] The password for both CDs will be emailed to you separately.

III.    Future Discussions

      If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

      Please be advised that, pursuant to the policy of the Office concerning plea offers and negotiations, no plea offer is effective unless and until made in writing and signed by authorized representatives of the Office. In particular, any discussion regarding the

---

[1] The government will produce the Google search warrant return separately.

pretrial disposition of a matter that is not reduced to writing and signed by authorized representatives of the Office cannot and does not constitute a "formal offer" or a "plea offer," as those terms are used in Lafler v. Cooper, 132 S. Ct. 1376 (2012), and Missouri v. Frye, 132 S. Ct. 1399 (2012).

        Very truly yours,

        RICHARD P. DONOGHUE
        United States Attorney

By:   /s/ Julia Nestor
      Julia Nestor
      Andrey Spektor
      Assistant U.S. Attorneys
      (718) 254-6297/6475

Enclosures

cc:    Clerk of the Court (RJD) (by ECF) (without enclosures)