

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN
F. #2017R01809

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 13, 2018

<u>By Hand Delivery and ECF</u>

Mildred M. Whalen
Federal Defenders of New York
One Pierrepoint Plaza, 16th Floor
Brooklyn, NY 11201

      Re:    United States v. Maksim Zaslavskiy
               <u>Criminal Docket No. 17-647 (RJD)</u>

Dear Ms. Whalen:

      Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This supplements discovery previously provided on December 21, 2017, February 5, 2018 and August 28, 2018.  The government also requests reciprocal discovery from the defendant.

      The production contains a hard drive containing search warrant returns as provided by Google (Bates-numbered MZ-04808).

III.    <u>Future Discussions</u>

      If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

      Please be advised that, pursuant to the policy of the Office concerning plea offers and negotiations, no plea offer is effective unless and until made in writing and signed by authorized representatives of the Office.  In particular, any discussion regarding the pretrial disposition of a matter that is not reduced to writing and signed by authorized representatives of the Office cannot and does not constitute a "formal offer" or a "plea offer,"

as those terms are used in <u>Lafler v. Cooper</u>, 132 S. Ct. 1376 (2012), and <u>Missouri v. Frye</u>, 132 S. Ct. 1399 (2012).

                    Very truly yours,

                    RICHARD P. DONOGHUE
                    United States Attorney

By:   /s/ Julia Nestor
                    Julia Nestor
                    Andrey Spektor
                    Assistant U.S. Attorneys
                    (718) 254-6297/6475

Enclosures

cc:    Clerk of the Court (RJD) (by ECF) (without enclosures)