BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR ARRAIGNMENT & PRE TRIAL CONFERENCE

**NOVEMBER 7, 2018**
*Time in Court:   10 MINUTES*

DOCKET NUMBER:   **CR 17-647(S-1)**(RJD)

U.S.A. -v-   MAKSIM ZASLAVSKIY (ON BOND)
             COUNSEL:  MILDRED WHALEN (LAS)

AUSA:   JULIA NESTOR & ANDREY SPECTOR

COURT REPORTER: *DENISE PARISI*

X   CASE CALLED FOR ARRAIGNMENT ON SUPERSEDING INDICTMENT(S-1) AND PRE TRIAL CONFERENCE.
    DEFENDANT ARRAIGNED, WAIVES READING OF INDICTMENT AND ENTERS A PLEA OF NOT GUILTY TO ALL CHARGES.
    PARTIES ADVISE COURT THAT THEY ARE ENGAGED IN PLEA NEGOTIATIONS AND CONSENT TO HAVING THE MAGISTRATE JUDGE TAKE THE PLEA IF THE COURT IS NOT AVAILABLE.
    COURT: WITH THE CONSENT OF PARTIES, TIME IS EXCLUDED FROM TODAY THROUGH 12/20/18 FOR PLEA NEGOTIATIONS AND IN THE INTEREST OF JUSTICE.
    CASE ADJOURNED TO 12/20/18 FOR FINAL PRE TRIAL CONFERENCE.