SENTENCE DATE: ___4/19/2019@10AM___

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

MAKSIM ZASLAVSKIY,

        Defendant.

--------------------------------------------------------X

GUILTY PLEA
ORDER OF REFERRAL
CR -17-647    (RJD)

DEARIE, DISTRICT JUDGE.

       The Court refers an application by the defendant for permission to enter a plea of GUILTY to the assigned Magistrate Judge to conduct an allocution pursuant to Rule 11 of the Fed. R. Crim. P., and to: (a) find if the plea is knowingly and voluntarily made and not coerced; and (b) recommend if the plea of GUILTY should be accepted, reporting the undersigned as soon as practicable.  With oral consent of the parties on the record, the probation department's investigation of the defendant may commence as soon as the allocution is completed by the Magistrate Judge.

SO ORDERED.
Dated:   Brooklyn, New York
     ___11/14/2018_____

                                     _/S/Raymond J. Dearie_____
                                     RAYMOND J. DEARIE
                        UNITED STATES DISTRICT JUDGE
     Voluntarily consented to after full consultation by defendant with counsel. Defendant will suffer no prejudice by not consenting.  If there is no consent, the District Court Judge assigned or, in his absence, the Miscellaneous Judge will act.

Defendant: _____

Attorney for Defendant: _____

U.S. Attorney by A.U.S.A.: _____

Magistrate Judge:      _____s/ Ramon E. Reyes Jr._____
Dated:   Brooklyn, New York
     11/15/18

***AUSA DIRECTED TO SEND A SIGNED COPY OF PLEA AGREEMENT TO MS. MULQUEEN.
***SENTENCING SUBMISSIONS, DUE AS FOLLOWS: DEFENSE: TWO WEEKS PRIOR TO SENTENCE; GOVERNMENT ONE WEEK PRIOR TO SENTENCE. HARD COPY TO CHAMBERS AND ASSIGNED PROBATION OFFICER.