## CRIMINAL CAUSE FOR  PLEADING HEARING

BEFORE**:   RAMON E. REYES, JR**      DATE: **11/15/18**  START TIME: **2:15 p.m.**

END TIME: **2:51 p.m.**

**17-CR-00647-(1)(RJD)**

DEFT'S.  NAME: **Maksim Zaslavskiy**

√   **present**    not present          **Custody**                  √ **Bail/Bond**

DEFENSE COUNSEL**:   Mildred Whalen**

√   **present**   not present   CJA    Retained    √ **Public Defender**

A.U.S.A.:**Julia Nester and Andrey Spektor 718-254-6106  Courtroom Deputy: M. Vertus**

Interpreter : **Andrew Tarutz** (LANG: **Russian**-*on stand by* ) **(FTR#)** 2:23:40-2:51:17

 X    CASE CALLED   DEFT.   **X** SWORN       ARRAIGNED   **X** INFORMED OF RIGHTS

  **X** WAIVES TRIAL BEFORE DISTRICT COURT

____   INITIAL APPEARANCE

____   DEFT STATES TRUE NAME TO BE_____. INFORMATION AMENDED.

____   WAIVER OF INDICTMENT EXECUTED FOR DEFT.

____   SUPERSEDING INFORMATION  FILED.

____   DEFT FAILED TO APPEAR,  BENCH WARRANT ISSUED.

____   DEFT ENTERS GUILTY PLEA TO THE INFORMATION.

 X    **DEFT WITHDRAWS NOT GUILTY PLEA AND ENTERS A GUILTY PLEA TO  COUNT 2  OF THE SUPERSEDING INDICTMENT**.

 X    **COURT EXHIBIT #1 ALLOCUTION**

 X    **COURT FINDS FACTUAL BASIS FOR THE PLEA**.

 X    **SENTENCING DATE: 4/19/2019@ 10AM before Judge Dearie**

 X    **DEFT CONT'D ON BOND**

____   ORDER SETTING CONDITIONS OF RELEASE AND BOND ENTERED

____   UNSECURED BOND-SET AT_____ FOR DEFT.

**\* AUSA DIRECTED TO SEND A SIGNED COPY OF PLEA AGREEMENT TO MS. MULQUEEN.**

**\* SENTENCING SUBMISSIONS, IF ANY, DUE AS FOLLOWS:   DEFENSE: TWO WEEKS PRIOR  SENTENCE; GOVERNMENT: ONE WEEK PRIOR      SENTENCE.**

 X    **Transcript Ordered for Judge Dearie**

OTHER: PURSUANT TO FEDERAL RULE 11 OF CRIMINAL PROCEDURE, MAGISTRATE REYES DID ADMINISTER THE ALLOCUTION. A FINDING HAS BEEN MADE THAT THE PLEA WAS MADE KNOWINGLY AND VOLUNTARILY AND THE PLEA WAS NOT COERCED.  THE MAGISTRATE RECOMMENDS THAT THE PLEA OF GUILTY BE ACCEPTED . PLEA AGREEMENT MARKED AS GOVERNMENT  EXHIBIT #1 AND RETURNED TO THE ASSISTANT.