Allocution

Between July 2017 and October 2017, I had an agreement with others to market RECoin, claiming it was a new crypto currency. I had not developed the crypto currency at that point.

As part of that marketing, I, along with others, launched a website for RECoin and on the website knowingly and intentionally said it was a crypto currency backed by real estate, when in fact we had not yet purchased any real estate.

In August 2017 we knowingly and intentionally falsely stated on the website that more than 2.8 million RECoin tokens had been purchased, when in fact that number of tokens had not been purchased.

Similarly, when I and others decided to convert Recoin to Diamond Reserve Club we made additional false statements to investors, including that Diamond was a cryptocurrency backed by diamonds, when in fact, we had not purchased any diamonds.

I, along with others, made these false statements to obtain money from investors.

I was in Brooklyn, New York when I discussed with others, via email and cell phone, the marketing campaign and the information we would post on the internet.