

BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

## CRIMINAL CAUSE FOR SENTENCE

DATE: NOVEMBER 18, 2019
*Time in 40 minutes*

DOCKET NUMBER: CR 17-647(S-1)(RJD)

U.S.A. -v- **MAKSIM ZASLAVSKIY (ON BOND)**
COUNSEL: MILDRED WHALEN(LAS)

AUSA: JULIA NESTOR & ANDREY SPEKTOR
RUSSIAN INTERPRETER: NELLY ALISHAV

COURTREPORTER: *MICHELE LUCCHESE*

X     CASE CALLED FOR CONTINUATION OF SENTENCE THAT BEGAN 6/7/2019 AND CONTINUED WITH A FATICO HEARING ON 10/30/2019.

X     DEFENDANT IS SENTENCED AS FOLLOWS:
DEFENDANT IS HEREBY COMMITTED TO THE CUSTODY OF THE UNITED STATES BUREAU OF PRISONS TO BE IMPRISONED FOR A TOTAL TERM OF: *EIGHTEEN(18) MONTHS.*
IF CONSISTENT WITH THE BUREAU OF PRISONS POLICIES, PRACTICES AND GUIDELINES, THE COURT RECOMMENDS DESIGNATION TO AN INSTITUTION NEAR THE MIAMI, FLORIDA AREA FOR FAMILY CONTACT/VISITATION REASONS.

X     DEFENDANT TO SELF SURRENDER TO THE INSTITUTION DESIGNATED BY THE BUREAU OF PRISONS *ON 1/13/2020 BEFORE 2:00PM.*

X     UPON RELEASE FROM IMPRISONMENT, THE DEFENDANT SHALL BE ON SUPERVISED RELEASE FOR A TOTAL TERM OF: *THREE(3) YEAR*S.
SPECIAL CONDITION OF SUPERVISED RELEASE:
UPON REQUEST, THE DEFENDANT SHALL PROVIDE THE UNITED STATES PROBATION DEPARTMENT WITH FULL DISCLOSURE OF HIS FINANCIAL RECORDS, INCLUDING CO-MINGLED INCOME, EXPENSES, ASSETS AND LIABILITIES, TO INCLUDE YEARLY INCOME TAX RETURNS. THE DEFENDANT IS PROHIBITED FROM MAINTAINING AND/OR OPENING ANY ADDITIONAL INDIVIDUAL AND/OR JOINT CHECKING, SAVINGS, OR OTHER FINANCIAL ACCOUNTS, FOR EITHER PERSONAL OR BUSINESS PURPOSES, WITHOUT THE KNOWLEDGE AND APPROVAL OF THE UNITED STATES PROBATION DEPARTMENT. THE DEFENDANT SHALL COOPERATE WITH THE PROBATION OFFICER IN THE

INVESTIGATION OF HIS FINANCIAL DEALINGS AND SHALL COOPERATE IN THE SIGNING OF ANY NECESSARY AUTHORIZATION TO RELEASE INFORMATION FORMS PERMITTING THE UNITED STATES PROBATION DEPARTMENT ACCESS TO HIS FINANCIAL INFORMATION AND RECORDS.

X    RESTITUTION TO BE DETERMINED AT A LATER DATE.

X    $100 SPECIAL ASSESSMENT.

X    OPEN COUNTS DISMISSED ON MOTION OF AUSA.

X    DEFENDANT ADVISED OF RIGHT TO APPEAL.