

U.S. Department of Justice

United States Attorney
Eastern District of New York

JN
F. #2017R01809

271 Cadman Plaza East
Brooklyn, New York 11201

June 25, 2021

By Email and ECF

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Maksim Zaslavskiy
              Criminal Docket No. 17-647 (S-1) (RJD)

Dear Judge Dearie:

      On August 14, 2020, the government submitted a letter (the "Letter") to the Court articulating the restitution it sought in the amount of $26,543.49 in connection with the defendant's sentence. (Dkt. No. 75).[1] The restitution amount sought by the government was on behalf of investors that invested in the scheme through Amazon (total of $19,699.00) and cryptocurrency (total of $6,844.49). Id. at 3. As appendices to the Letter, the government included a chart providing the identities of investors who paid with cryptocurrency and the amounts paid (Appendix C, previously provided), and the affidavits for the cryptocurrency investors (Appendix D, previously provided). The government also provided Appendix B (previously provided) to its Letter, which included affidavits of loss for those that invested through Amazon and a separate chart summarizing the loss amounts. At the time the government filed its Letter, it was only able to identify investors through Amazon for $10,399.75 worth of loss. Since, then, with the help of the Court and Amazon,[2] the government has been

---

[1] The Judgement in the case left restitution to be determined at a later date, with consent of the defendant. (Dkt. No. 66).

[2] On December 4, 2020, the Court Ordered that Amazon provide the government with the identities, addresses and other available contact information for those that invested in the scheme. (Dkt. No. 79). Amazon provided the investors on the government's list with the government's contact information and the government has worked to solicit affidavits from those investors.

able to contact additional investors from Amazon. However, none of these investors have provided the government with affidavits of loss.

As a result, the total restitution amount sought by the government in the attached order is $17,244.24, which includes the $6,844.49 previously identified by the government in cryptocurrency payments and the $10,399.75 in Amazon payments.

By letter, dated September 8, 2020, the defendant consented to the previously sought $26,543.49 in restitution. (Dkt. No. 77). As the government has articulated, because it has only been able to obtain contact information for those Amazon investors that submitted affidavits of loss, it now seeks a restitution order in the lower amount of $17,244.24.

The government now respectfully submits the enclosed proposed Order of Restitution to be incorporated by reference in the November 20, 2019 Judgment. The proposed Order of Restitution sets forth terms for the payment of restitution and, in Exhibit A, identifies the victims to whom restitution should be paid. Because Exhibit A includes personal identifying information for the victims, the government has not included it in this public filing and seeks leave to file it under seal. For the same reasons, the government respectfully requests that, should the Court issue the Order of Restitution, Exhibit A be filed under seal.

        Respectfully submitted,

        JACQUELYN M. KASULIS
        Acting United States Attorney

By:   /s/ Julia Nestor
       Julia Nestor
       Assistant U.S. Attorney
       (718) 254-6297

<u>Enclosure</u>: Filed Under Seal

cc: Mildred Whalen, Esq.